IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRYAN EARL GRANT,

    Plaintiff,

vs.                                                               Civ. No. 19-677 KG/JFR

RICARDO MARTINEZ, Warden, and
HECTOR H. BALDERAS, Attorney
General for the State of New Mexico,

    Respondents.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION AND DISMISSING PLAINTIFF'S PETITION

THIS MATTER is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge John F. Robbenhaar, filed December 5, 2019. Doc. 12. Objections were due by no later than December 19, 2019.[1] The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

IT IS THEREFORE ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 12) are ADOPTED.

IT IS FURTHER ORDERED that Plaintiff's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) is DENIED and DISMISSED.

                                                                                                                _____
                                                                                                                UNITED STATES DISTRICT JUDGE

---

[1] Objections were due within fourteen days; *i.e.*, December 19, 2019. Doc. 12 at 12. However, three days were added to the deadline because Plaintiff was served by mail. *See* Fed. R. Civ. P. 5(b)(2)(C); Fed. R. Civ. P. 6(a) and (d).